UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                    Chapter 13
                                                          Case No. 11-12348 (SHL)
**RONALD CAYEN,**


                                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(1) in that the debtor has caused unreasonable delay that is prejudicial to creditors by:

    a.    failing to be examined at a scheduled §341(a) meeting of creditors; and

    b.    failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(4) in that the debtor has failed to remit timely payments to the Chapter 13 trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with 11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal and state tax returns for the most recent years preceding the filing of the case, within seven (7) days prior to the meeting of creditors scheduled pursuant to 11 U.S.C.

§341(a).

## IT IS HEREBY ORDERED THAT:

Pursuant to 11 U.S.C. §§1307 (c )(1),(c )(4), 521(i) and 521(e)(2)(B), this Chapter 13 case is hereby dismissed on consent.

Dated: New York, New York
September 20, 2011

/s/ Sean H. Lane
_____
**UNITED STATES BANKRUPTCY JUDGE**