# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Ronald Cayen | CASE NO.: 11–12348–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1845 | CHAPTER: 13 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 13 case.

Ronald Cayen was dismissed from the case on September 20, 2011 .

Dated: September 20, 2011          Vito Genna
                                                Clerk of the Court